```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARVIN CROWDER, | : | CIVIL ACTION |
| | : | NO. 06-3788 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **13th** day of **September 2007,** after considering the plaintiff's Motion for Summary Judgment and Brief in Support of Request for Review (doc. no. 9), defendant's Response to Request for Review (doc. no. 10) and plaintiff's Reply (doc. no. 12) and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment (doc. no. 9) is **GRANTED IN PART AND DENIED IN PART;**

3. The Commissioner's Motion for Summary Judgment (doc. no. 12) is **DENIED;**

4. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. §405(g) for

>       further proceedings consistent with this opinion; and
> 5.   The Clerk is directed to enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** and to make this case closed for statistical purposes.

**AND IT IS SO ORDERED.**

                                            <u>S/Eduardo C. Robreno</u>
                                            **EDUARDO C. ROBRENO, J.**